UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-81532-CIV-HURLEY
(99-8125-CR-HURLEY)

WANDA TIRADO,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE, ENTERING FINAL JUDGMENT DENYING MOTION TO VACATE, AND CLOSING CASE

This matter is before the Court upon Wanda Tirado's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Judgment and Sentence [D.E. 1] and the Report and Recommendations of United States Magistrate Judge Robin S. Rosenbaum [D.E. 22] recommending that the Court deny the Motion.

Rule 72(b)(3), Fed. R. Civ. P., provides, in relevant part, that the district judge "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Rule 72(b) further requires that objections be filed within fourteen days after service of the Report and Recommendations and that the objecting party arrange for transcription of sufficient portions of the record. Fed. R. Civ. P. 72(b)(2). Then, the district

judge may "accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3). Title 28, United States Code, Section 636(b)(1) sets forth the identical requirements. In the absence of objections, factual findings are subject to the clear error standard, although the lack of objections imposes no such limitation on the review of legal conclusions. *See United States v. Warren*, 687 F.2d 347, 347 (11th Cir. 1982); *LoConte v. Dugger*, 847 F.2d 745 (11th Cir. 1988).

After considering the Report of the Magistrate Judge, as well as any objections filed thereto, and after conducting a *de novo* review of the record as a whole, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendations of the United States Magistrate Judge [D.E. 22] is **ADOPTED** in its entirety and incorporated herein by reference.
2. The Motion to Vacate is **DENIED**.
3. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.
4. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, on this 1st day of February, 2011.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

-2-